TIMOTHY B. FENNESSY
MICHAEL R. TUCKER
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL FINISHING SOLUTIONS, LLC, d/b/a ADVANCED FINISHING SYSTEMS, LLC, <br><br> Defendant. | NO. CV-09-339-EFS <br><br> **ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties,

IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice and without fees or costs to either party. This file shall be CLOSED.

DONE IN OPEN COURT this __18th__ day of __October__, 2010.

_____s/ Edward F. Shea_____
JUDGE EDWARD F. SHEA

ORDER OF DISMISSAL - 1

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734